HONORABLE LONNY R. SUKO

Smith & Lowney, PLLC
2317 E. John Street
Seattle, WA 98112
(206) 860-2883

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

WILD FISH CONSERVANCY, )
                                 )    No. CV-05-181-LRS
          Plaintiff, )
v. )
)    STIPULATION AND
DIRK KEMPTHORNE, in his )    ORDER SETTLING
official capacity as Secretary of the )    PLAINTIFF'S REQUEST FOR
Interior; U.S. FISH & WILDLIFE )    ATTORNEYS' FEES AND COSTS
SERVICE; H. DALE HALL, in his )
official capacity as the Director of )
the U.S. FISH & WILDLIFE )
SERVICE; JULIE COLLINS, in her )
official capacity of the Leavenworth )
National Fish Hatchery Complex, )
)
          Defendants. )
_____ )

      WHEREAS, in this matter Plaintiff Wild Fish Conservancy challenges the

Fish and Wildlife Service's compliance with the Endangered Species Act in

connection with its operations of the Leavenworth Fish Hatchery ("Hatchery"), and

also challenges the Fish and Wildlife Service's August 31, 2006 biological opinion

issued to evaluate the effects of the Hatchery on a bull trout, a species protected

STIPULATION AND ORDER SETTLING
PLAINTIFF'S REQUEST FOR ATTORNEYS'
FEES AND COSTS - 1

under the Endangered Species Act.

WHEREAS, on September 7, 2007, Plaintiff moved for partial summary judgment on its claim that the 2006 biological opinion issued on the operations of the Hatchery violated the Endangered Species Act and Administrative Procedures Act.

WHEREAS, on October 19, 2007, Defendants moved for a voluntary remand and for a stay of all proceedings, including Plaintiff's motion for partial summary judgment.

WHEREAS, on November 19, 2007, the Court granted Defendants' motion and remanded the August 31, 2006 biological opinion to the Fish and Wildlife Service for further consideration.

WHEREAS, Plaintiff has submitted a claim pursuant to Section 11(g) of the Endangered Species Act, 16 U.S.C. § 1540(g), for costs and fees incurred in litigating its challenge to the August 31, 2006 biological opinion issued on the operations of the Hatchery.

WHEREAS, the parties agree that it is in the interest of the parties and judicial economy to settle Plaintiff's claim for attorney fees and costs in this action without protracted litigation; and

WHEREAS, the parties enter this Stipulation without any admission of fact or law, or waiver of any claims or defenses, factual or legal;

STIPULATION AND ORDER SETTLING
PLAINTIFF'S REQUEST FOR ATTORNEYS'
FEES AND COSTS - 2

NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

1. Defendants agree to settle Plaintiff's claim for attorneys' fees and costs in the captioned litigation for a total of $45,000.00. Payment by check will be made payable and mailed to Smith & Lowney, PLLC, 2317 E. John Street, Seattle, WA 98112, attn: Knoll Lowney.

2. Defendants agree to submit all necessary paperwork to the Department of the Treasury's Judgment Fund Office pursuant to 16 U.S.C. § 1540(g)(4) within ten (10) business days of receipt of the signed court order approving this Stipulation.

3. Plaintiff agrees to accept the payment referenced in Paragraph 1 in full satisfaction of any and all claims for litigation costs to which Plaintiff is entitled for challenging the August 31, 2006 biological opinion, up through and including November 26, 2007, and agrees that receipt of this payment from Defendants shall operate as a release of their claim for all fees incurred in connection with Plaintiff's challenge of the August 31, 2006 biological opinion on the Hatchery up through and including November 26, 2007.

4. By this Stipulation, Defendants do not waive any right to contest fees claimed by Plaintiff or Plaintiff's counsel, including the hourly rate, in any future litigation. Further, this Stipulation as to attorneys' fees and costs has no precedential value and shall not be used as evidence in any other attorney fees litigation.

STIPULATION AND ORDER SETTLING
PLAINTIFF'S REQUEST FOR ATTORNEYS'
FEES AND COSTS - 3

5. All parties whose signature lines appear in this document have consented to its electronic filing.

It is so stipulated.

                                      SMITH & LOWNEY, PLLC

Dated: Sept. 24, 2008      *s/ Brian A. Knutsen*
                                      Richard A. Smith, WSBA # 21788
                                      Brian A. Knutsen, WSBA # 38806
                                      Attorneys for Plaintiff
                                      2317 E. John Street, Seattle, WA 98112
                                      Tel: (206) 860-2883; Fax: (206) 860-4187
                                      Email: rasmithwa@igc.org; briank@igc.org

Dated: Sept. 24, 2008      RONALD J. TENPAS
                                      Assistant Attorney General
                                      United States Department of Justice
                                      Environment and Natural Resources
                                      Division

                                      JEAN E. WILLIAMS, Chief
                                      LISA L. RUSSELL, Assistant Chief

                                      *s/ J. Brett Grosko*
                                      Trial Attorney (Md. Bar)
                                      United States Department of Justice
                                      Environment and Natural Resources
                                      Division
                                      Wildlife and Marine Resources Section
                                      Ben Franklin Station, P.O. Box 7369
                                      Washington, D.C. 20044-7369
                                      Tel: (202) 305-0342; Fax: (202) 305-0275

                                      Attorneys for Defendants

STIPULATION AND ORDER SETTLING
PLAINTIFF'S REQUEST FOR ATTORNEYS'
FEES AND COSTS - 4

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.  The parties'
2  joint motion for entry of stipulation and order, Ct. Rec. 125, is GRANTED.

3
4  DATED: 9/29/08          s/Lonny R. Suko
                           LONNY R. SUKO
5                          UNITED STATES DISTRICT JUDGE