AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

WILD FISH CONSERVANCY,
                Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

DIRK KEMPTHORNE, et al.,
                Defendants.

CASE NUMBER: CV-05-0181-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants pursuant to the Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment filed on April 30, 2009, Ct. Rec. 149.

| | |
|---|---|
| April 30, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |