AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

WILD FISH CONSERVANCY,

                Plaintiff,

                v.

KENNETH L. SALAZAR, in his official capacity as Secretary of the Interior, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-181-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Directing Entry of Judgment in Favor of Plaintiff entered on June 20, 2011, ECF No. 218, judgment is entered in favor of Plaintiff Wild Fish Conservancy, in accordance with the terms of the Ninth Circuit Court of Appeals' decision in Wild Fish Conservancy v. Salazar, 628 F.3d 513 (9 Cir.2010).

| | |
|---|---|
| June 20, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |